NUMBER 13-00-212-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


LAURAINE DUGAT
, Appellant,


v.



JAMES TREAT, ET AL.
, Appellees.

___________________________________________________________________


On appeal from the 156th District Court 


of San Patricio County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and Rodriguez


Opinion Per Curiam



 Appellant, LAURAINE DUGAT, perfected an appeal from a
judgment entered by the 156th District Court of San Patricio County,
Texas, in cause number S-98-5857CV-B. After the notice of appeal 
had been filed, the parties filed a joint motion to reverse and remand. 
In the motion, the parties state that they have reached a compromise
settlement agreement in this matter.

 The Court, having examined and fully considered the documents
on file and the parties' joint motion, is of the opinion that the motion
should be granted. The joint motion is granted, and the judgment of
the trial court is hereby REVERSED and the cause is REMANDED to the
trial court in accordance with the parties' settlement agreement. 

 PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 10th day of August, 2000.